JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: Oakland, MI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jamal Barnett

**(b)** County of Residence of First Listed Plaintiff: Oakland, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason J. Liss (P48742), Fabian, Sklar, King & Liss PC
33450 W. Twelve Mile Rd., Farmington Hills, MI 248-553-2000

## DEFENDANTS
State Farm Fire and Casualty Company, a foreign corp.

County of Residence of First Listed Defendant: Bloomington, IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **IMMIGRATION** | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332
Brief description of cause:
Penalty interest following claim for insurance proceeds

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ > 75,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: August 31, 2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jason J. Liss (P48742)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?    ☐ Yes    xxx ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.      Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes    xxx ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes : _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL BARNETT,

        Plaintiffs,

                                                      Case No. 23-cv

vs.                                                          Hon.

STATE FARM FIRE AND CASUALTY COMPANY,
a foreign corporation,

        Defendant.
_____/

## **COMPLAINT**

NOW COMES Plaintiff, JAMAL BARNETT, by and through his attorneys, FABIAN, SKLAR, KING & LISS, P.C., and for his Complaint against Defendant, STATE FARM FIRE AND CASUALTY COMPANY, states unto this Honorable Court as follows:

1.    Plaintiff, JAMAL BARNETT, resides in the Village of Franklin, County of Oakland, State of Michigan and therefore is a citizen of the State of Michigan.

2.    Defendant, STATE FARM FIRE AND CASUALTY COMPANY, is a foreign corporation, licensed to conduct business in the State of Michigan, which, upon information and belief, is a corporation organized and existing under the laws of the State of Illinois, whose principal place of business is located in the City of

1

Bloomington, State of Illinois, and therefore is believed to be a citizen of the State of Illinois.

3. The facts giving rise to this Complaint occurred in the Southern Division of the Eastern District of Michigan.

4. The amount in controversy between the parties exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest.

5. The court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 due to the amount in controversy and the parties' diversity of citizenship.

6. At all relevant times, Plaintiff JAMAL BARNETT was the named insured or otherwise entitled to insurance benefits pursuant to policy no. 82-EE-R430-6, issued by Defendant, a copy of which is in Defendant's possession, which insured Plaintiff's covered property located at 24800 Franklin Farms Dr. in Franklin, Michigan against accidental direct physical loss.

7. On or about October 21, 2020, while Defendant's policy was in effect, Plaintiff's covered property at 24800 Franklin Farms Dr. in Franklin, Michigan was damaged by a covered cause of loss, specifically accidental direct physical loss caused by fire.

8. Upon discovery, Plaintiff timely notified Defendant of the loss.

9. Defendant accepted liability for loss and issued multiple payments on Plaintiff's claim on multiple dates.

10. Defendant received satisfactory proof of Plaintiff's dwelling loss no later than February 18, 2021.

11. Defendant received satisfactory proof of Plaintiff's personal property loss no later than March 12, 2021.

12. Defendant made multiple payments on Plaintiff's personal property claim after March 12, 2021.

13. Mich. Comp. Laws § 500.2006 provides for the addition of 12% interest on claims where the Defendant insurer has failed to make payment of the claim within 60 days of receiving satisfactory proof of loss.

14. Defendant's multiple payments made on Plaintiff's dwelling claim on or after April 19, 2021 were untimely.

15. Defendant's multiple payments made on Plaintiff's personal property claim on or after May 11, 2021 were untimely.

16. Mich. Comp. Law § 500.2006(4) mandates that the interest owing pursuant to the statute "must be paid in addition to and at the time of payment of the loss."

17. In violation of Mich. Comp. Law § 500.2006, Defendant failed to contemporaneously pay penalty interest with the untimely payments it made on Plaintiff's dwelling and personal property claims, and later refused to pay penalty interest after Plaintiff demanded it.

3

WHEREFORE Plaintiff, JAMAL BARNETT, respectfully requests the Court to enter a judgment in his favor and against Defendant, STATE FARM FIRE AND CASUALTY COMPANY, for penalty interest in an amount in excess of $75,000.00 determined to be owing pursuant to Mich. Comp. Laws § 500.2006, plus all taxable costs, prejudgment interest and all other such relief the Court deems proper in equity and good conscious.

        Respectfully submitted,

        */s/ Jason J. Liss*

        _____
        Jason J. Liss (P48742)
        **Fabian, Sklar, King & Liss, P.C.**
        Attorney for Plaintiffs
        33450 W. Twelve Mile Road
        Farmington Hills, MI 48331
        (248) 553-2000 / (248) 553-2020 (fax)
        jliss@fabiansklar.com

Dated:  August 31, 2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL BARNETT,

        Plaintiffs,

vs.

Case No. 23-cv
Hon.

STATE FARM FIRE AND CASUALTY COMPANY,
a foreign corporation,

        Defendant.
_____/

**JURY DEMAND**

NOW COMES Plaintiff, JAMAL BARNETT, by and through his attorneys, FABIAN, SKLAR, KING & LISS, P.C., and hereby demands a jury trial in the above-entitled cause of action.

        Respectfully submitted,

        */s/ Jason J. Liss*

        _____
        Jason J. Liss (P48742)
        **Fabian, Sklar, King & Liss, P.C.**
        Attorney for Plaintiffs
        33450 W. Twelve Mile Road
        Farmington Hills, MI 48331
        (248) 553-2000 / (248) 553-2020 (fax)
        jliss@fabiansklar.com

Dated: August 31, 2023

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| JAMAL BARNETT | ) | |
| | ) | |
| *Plaintiff,* | ) Civil Action No. 2:23-cv- | |
| v. | ) | |
| STATE FARM FIRE and CASUALTY COMPANY, a foreign corp. | ) Hon. | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: State Farm Fire and Casualty Company
1 State Farm Plz
Bloomington, IL 61710-0001

Serve RA in Michigan:
CSC-Lawyers Incorporating Service Co.
3410 Belle Chase Way, Ste. 600
Lansing, MI 48911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason J. Liss (P48742)
Fabian, Sklar, King & Liss, P.C.
33450 W. Twelve Mile Rd.
Farmington Hills, MI 48331
(248) 553-2000

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.
Hon.

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: